**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARKEE DION CARTER,

　　　　　　Petitioner - Appellant,

　v.

ROBERT AYERS, Warden,

　　　　　　Respondent - Appellee.

No. 08-17161

D.C. No. 3:06-cv-07398-SI

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Susan Illston, District Judge, Presiding

Submitted August 10, 2010[**]

Before:　　LEAVY, HAWKINS, and IKUTA, Circuit Judges.

California state prisoner Markee Dion Carter appeals pro se from the district

court's judgment denying his 28 U.S.C. § 2254 petition challenging the forfeiture

---

[*]　　This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]　　The panel unanimously concludes this case is suitable for decision without oral argument.　See Fed. R. App. P. 34(a)(2).

of behavioral time credits. We have jurisdiction under 28 U.S.C. § 2253[1], and we affirm.

To the extent Carter contends there was no evidence to support the disciplinary decision finding him guilty of conspiracy to traffic and distribute a controlled substance, the record reflects there was "some evidence" supporting the disciplinary decision. Accordingly, the state court's rejection of this claim was neither contrary to, nor an unreasonable application of, *Superintendent v. Hill*, 472 U.S. 445, 455 (1985), nor based on unreasonable determination of the facts in light of the evidence presented. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

---

[1] We certify for appeal, on our own motion, the issue of whether Carter's due process rights were violated because the disciplinary decision was not supported by "some evidence."